THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN J. VAN BUSKIRK, et al.,<br><br>Plaintiffs,<br><br>CONOCOPHILLIPS, INC. a foreign corporation, and INTALCO ALUMINUM CORPORATION, a foreign corporation,<br><br>Defendants. | No. C06-1220-JCC<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |

## **STIPULATION**

Plaintiffs John Van Buskirk, *et al.*, by and through their attorney of record, Richard M. Stephens of Groen Stephens & Klinge LLP, Defendant ConocoPhillips Company, by and through its attorneys of record, Grant S. Degginger and Michael A. Nesteroff of Lane Powell PC, and Defendant Intalco Aluminum Corporation, by and through its attorneys of record Bradley Fisher of Davis Wright Tremaine LLP and Belynda Reck of Hunton & Williams LLP, stipulate and agree as follows:

1.  On September 23, 2008, this Court entered an Order setting, *inter alia*, trial and pretrial dates in this action as follows:

STIPULATION AND ORDER TO
CONTINUE PRETRIAL DEADLINES
— 1

**HUNTON & WILLIAMS LLP**
550 S. HOPE STREET, SUITE 2000
LOS ANGELES, CALIFORNIA 90071
TEL.: 213.532.2000 FAX: 213.532.2020

| | | |
|---|---|---|
| 1 | Trial Date: | July 9, 2009 |
| 2 | Dispositive Motions: | April 6, 2009 |
| 3 | 39.1 Mediation: | May 13, 2009 |
| 4 | Motions in limine: | June 9, 2009 |
| 5 | Pretrial Order: | July 2, 2009 |
| 6 | Voir dire/jury instructions/trial brief | July 2, 2009 |

The remaining dates set by the Court in the September 23, 2008 Order have already passed.

2. On April 3, 2009, this Court entered an Order continuing trial and pretrial dates in this action as follows:

| | |
|---|---|
| Trial Date: | January 11, 2010 |
| Proposed voir dire/jury instructions/trial briefs: | January 7, 2010 |
| Pretrial Order: | December 31, 2009 |

The Court's April 3, 2009 Order was silent as to the Dispositive Motions, 39.1 Mediation and Motions in Limine deadlines, which have not yet passed.

3. In light of the Court's April 3, 2009 Order, the parties agree that it would be appropriate to continue the remaining pretrial deadlines that have not yet passed as follows:

| | |
|---|---|
| Dispositive Motions: | October 1, 2009 |
| 39.1 Mediation: | November 17, 2009 |
| Motions in limine: | December 31, 2009 |

4. The parties agree that no extension of the pretrial deadlines that have already passed is necessary, except as the parties have already agreed. Specifically, Plaintiffs' counsel has represented that their expert, Jeffrey Layton, was unable to comply with the Court's schedule for rebuttal expert reports and deposition due to a medical condition. Accordingly, the parties have agreed to extend the expert discovery cut-off only with regard to the depositions and rebuttal reports of Mr. Layton and Defendants' experts Duncan Hay and Robert Wallace. Plaintiffs' counsel estimates that Mr. Layton's medical condition requires an extension until April 30, 2009 in order to prepare his rebuttal report and make himself available for deposition.

STIPULATION AND ORDER TO
CONTINUE PRETRIAL DEADLINES
— 2

**HUNTON & WILLIAMS LLP**
550 S. HOPE STREET, SUITE 2000
LOS ANGELES, CALIFORNIA 90071
TEL.: 213.532.2000 FAX: 213.532.2020

Further, Plaintiffs' survey expert, Rod Miller's medical status remains uncertain and Plaintiffs' counsel will keep the parties apprised of any change in his condition that may necessitate substitution of a new expert. Defendants do not at this time agree to the substitution of a new expert for Mr. Miller, and further note that any substitution ultimately allowed by the Court may not provide testimony beyond the scope of, or inconsistent with, the expert testimony and opinions previously provided by Mr. Miller. If such substitution expert is later allowed, Defendants are not foreclosed from a rebuttal expert on that issue, if needed. Plaintiffs also agree that Rowland Atkins' sediment budget may be provided by April 30, 2009, and Defendants agree that Plaintiffs may take Mr. Atkins' deposition on that issue if desired.

RESPECTFULLY SUBMITTED:

Dated: April 6, 2009.         GROEN STEPHENS & KLINGE LLP

                              By:   /s/ Richard M. Stephens
                                    Richard M. Stephens (WSBA # 21776)
                              Attorneys for Plaintiffs

Dated: April 6, 2009.         LANE POWELL PC

                              By:   /s/ Michael A. Nesteroff
                                    Grant S. Degginger, (WSBA #15261)
                                    Michael A. Nesteroff (WSBA # 13180)
                              Attorneys for Defendant
                              ConocoPhillips Company

Dated: April 6, 2009.         HUNTON & WILLIAMS LLP

                              By:   /s/ Belynda Reck
                                    Belynda Reck, *Admitted pro hac vice*
                              Attorneys for Defendant
                              Intalco Aluminum Corporation

STIPULATION AND ORDER TO
CONTINUE PRETRIAL DEADLINES
— 3

**HUNTON & WILLIAMS LLP**
550 S. HOPE STREET, SUITE 2000
LOS ANGELES, CALIFORNIA 90071
TEL.: 213.532.2000 FAX: 213.532.2020

Dated: April 6, 2009.    DAVIS WRIGHT TREMAINE LLP

By: __/s/ Bradley Fisher_____
    Bradley Fisher (WSBA # 19895)
Attorneys for Defendant
Intalco Aluminum Corporation

## ORDER

Based on the foregoing stipulation of the parties, and being fully advised,

IT IS HEREBY ORDERED that the below pretrial deadlines will be continued as follows:

| | |
|---|---|
| Dispositive Motions: | October 1, 2009 |
| 39.1 Mediation: | November 17, 2009 |
| Motions in limine: | <u>December 18, 2009</u> |

The parties are ordered to disclose the rebuttal reports of Jeffrey Layton, Duncan Hay and Robert Wallace on or before April 30, 2009. Depositions of Mssrs. Layton, Hay and Wallace shall be conducted within 30 days thereafter.

Dated: April 9, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
CONTINUE PRETRIAL DEADLINES
— 4

**HUNTON & WILLIAMS LLP**
550 S. HOPE STREET, SUITE 2000
LOS ANGELES, CALIFORNIA 90071
TEL.: 213.532.2000 FAX: 213.532.2020